CLEVELAND BAR ASSOCIATION *v.* ALLANSON.

[Cite as *Cleveland Bar Assn. v. Allanson* (1995), 72 Ohio St.3d 228.]

(No. 94–2673—Submitted March 7, 1995—Decided May 24, 1995.)

*Michael I. Shapero,* for relator.

*Charles S. Allanson III, pro se.*

---

*Per Curiam.* We have reviewed the record and agree with the board's findings and recommendation. Charles S. Allanson III is hereby publicly reprimanded for his failure to cooperate with an investigation of alleged misconduct and his failure to timely register as an attorney. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.